In the Matter of the Probate of the Will of JOHN L. REID, Deceased.

ROBERT GARROW; Appellant; MARGARET M. EULLER et al., Respondents.

Argued January 11, 1949; decided February 24, 1949.

*Ralph Saft* for appellant.

*Louis W. Manchester* and *George M. Raikin* for respondents.

Order of Appellate Division and decree of Surrogate's Court reversed, with costs in all courts payable out of the estate, and matter remitted to Surrogate's Court with directions to admit the will to probate. On this record there is no evidence presented requiring the submission of the case to the jury, and the

proponent's motion for a direction of a verdict should have been granted. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.